PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

```
FILED
May 20 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-mj-70580 MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| ELISEO RAMIREZ-GALVEZ, | |
| Defendant. | |

On July 30, 2024, defendant Eliseo Ramirez-Galvez was charged by Petition for Warrant to Revoke Supervised Release with violating Mandatory Condition of Supervised Release #1 (the defendant must not commit another federal, state, or local crime) and Special Condition of Supervised Release #1 (if deported, the defendant must not re-enter the United States without legal authorization).

This matter came before the Court on May 19, 2025, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Samantha Jaffe. Assistant United States Attorney Alexandra Shepard appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of

conditions will reasonably assure the appearance of the person as required and clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

      The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion.  The defendant was convicted in January 2020 of felony Inflicting Corporal Injury on Spouse/Cohabitant/Fiance/Date/Child's parent.  He was then convicted of being a felon in possession of a loaded firearm in August 2020, indicating that he was not deterred by his prior felony conviction.  The defendant has also been removed from the United States on nine prior occasions, and was arrested in March 2024 on a warrant issued for failing to report to probation following his domestic violence conviction.  The current Supervised Release petition was filed after the defendant violated the terms of his supervised release by reentering the United States without authorization following his deportation in May 2023.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

      Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding; and

///

///

///

4. That the defendant be transported to the District of Arizona for an initial appearance before the United States Magistrate Judge in the Phoenix courthouse at 2:00 p.m. on June 2, 2025

IT IS SO ORDERED.

DATED: May 20, 2025

HONORABLE ALEX G. TSE
United States Magistrate Judge